JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DENNIS MARTINEZ and THERESA MARTINEZ,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.:  CV 13-8731-DMG (CWx)<br><br>**ORDER DISMISSING ACTION [32]** |

The parties having filed a Stipulation for Compromise Settlement, IT IS HEREBY ORDERED that this action is dismissed with prejudice, each side to bear its own costs.  All scheduled dates and deadlines are VACATED.

DATED:  March 18, 2105

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1